IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ORDER |
| | ) |
| v. | ) Criminal Action Numbers 3:07CR00008 |
| | )                               3:07CR00034 |
| | ) |
| LEFTERY N. TSOUROUTIS, | ) By: Norman K. Moon |
|         Defendant | ) United States District Judge |

For good cause shown, it is hereby ORDERED that the defendant's reporting date for service of the sentence imposed by this court is hereby extended until after June 12, 2008.

ENTERED this 9th day of May, 2008.

                                                                 /s/ Norman K. Moon
                                                                 United States District Judge